UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUDENCIO M.-M.,[1]
(A-Number: 221-486-298)

　　　　　　Petitioner,

　　v.

RON MURRAY, et al.,

　　　　　　Respondents.

No.  1:26-cv-03667-JLT-FJS (HC)

FINDINGS AND RECOMMENDATION TO GRANT PETITION

[10-DAY DEADLINE]

Petitioner Audencio M.-M. is an immigration detainee proceeding with a petition for writ of habeas corpus. (ECF No. 1.) On May 18, 2026, the court ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the court's prior orders in *J.S.H.M. v. Wofford*, No. 1:25-CV-01309-JLT-SKO (HC) (E.D. Cal. Oct. 16, 2025); *Ortiz Donis v. Chestnut*, No. 1:25-CV-01228-JLT-SAB (HC), 2025 WL 32879514 (E.D. Cal. Oct. 9, 2025); *M.R.R. v. Chestnut*, No. 1:25-CV-01517-JLT (HC), 2025 WL 3265446 (E.D. Cal. Nov. 24, 2025). (ECF No. 5.) On May 21, 2026, Respondents filed a response in which they

---

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

"note that there does not appear to be any substantive factual or legal issues in this case that materially distinguish it from the cases identified in the Court's Order." (ECF No. 6 at 2.) Respondents disagree with the court's statutory interpretation in those cases. Because Respondents have not made any new legal arguments and have not identified any significant factual or legal issues in this case that would distinguish it from the court's prior decisions noted above, the court will recommend the petition for writ of habeas corpus be GRANTED for the reasons stated in those prior orders.

## RECOMMENDATION

Accordingly, the Court hereby RECOMMENDS the petition be granted and Respondents be ordered to release Petitioner immediately.

These findings and recommendation are submitted to the United States district court judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within ten (10) days after being served with a copy of these findings and recommendation, a party may file written objections with the court and serve a copy on all parties. *Id*. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendation" and shall not exceed fifteen (15) pages, except by leave of court with good cause shown. The court will not consider exhibits attached to the objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. The district judge may disregard any pages filed in excess of the fifteen (15) page limitation. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE